IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WALTER RYAN SALLEE,

    Plaintiff,

v.   Civ. No. 22-532 KK

KILOLO KIJAKAZI, Acting Commissioner
of the Social Security Administration,

    Defendant.

## ORDER EXTENDING BRIEFING DEADLINES

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Extension of Time to File Briefs (the "Motion") (Doc. 20), filed January 30, 2023. The Court, having reviewed the Motion, having noted that Defendant does not oppose it, and being otherwise sufficiently advised, FINDS that the Motion is well-taken and it is hereby GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum shall be filed no later than **March 1, 2023**; Defendant's response shall be filed no later than **March 31, 2023**; and, Plaintiff may file a reply no later than **April 14, 2023**.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE