IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WALTER RYAN SALLEE,

    Plaintiff,

v.                                       Case No. 2:22-cv-00532-KK

KILOLO KIJAKAZI,
Acting Commissioner of the Social Security Administration,

    Defendant.

**STIPULATED ORDER GRANTING UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION TO REVERSE OR REMAND**

    THIS MATTER comes before the Court on Plaintiff's Unopposed Motion for a Second Extension of Time to File Plaintiff's Motion to Reverse or Remand (Doc. 22). The Court, having reviewed the motion and being otherwise fully advised, FINDS that the motion is well-taken and is GRANTED.

    IT IS THEREFORE ORDERED that Plaintiff shall have until March 31, 2023, to file his Motion to Reverse or Remand, Defendant shall have until April 30, 2023, to file a Response, and Plaintiff shall have until May 14, 2023, to file a Reply.

                                                            _/s/ Kirtan Khalsa_
                                                             KIRTAN KHALSA
                                                            UNITED STATES MAGISTRATE JUDGE

RESPECTFULLY SUBMITTED BY:

_/s/Benjamin Decker_
P.O. Box 92740
Albuquerque, NM 87199
P (505) 369-6272
F (505) 859-7713

ben@deckerlawoffice.com
*Attorneys for Plaintiff Walter Ryan Sallee*

APPROVED BY:

<u>*via email*</u>
Manuel Lucero
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87102
United States
P (505) 346-7274
manny.lucero@usdoj.gov

And

<u>*via email*</u>
Richard W. Pruett
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Region VIII
1961 Stout Street, Suite 4169
Denver, CO 80294
United States
P (303) 844-7182
richard.pruett@ssa.gov
*Attorneys for Defendant*