IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Walter Ryan Sallee,**

    **Plaintiff,**

v.                                                                  Case No. 2:22-cv-00532-KK

**Kilolo Kijakazi,**
**Acting Commissioner of the Social Security Administration,**

    **Defendant.**

**STIPULATED ORDER GRANTING UNOPPOSED MOTION FOR A THIRD EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION TO REVERSE OR REMAND**

This matter comes before the Court on Plaintiff's Unopposed Motion for a Third Extension of Time to File Plaintiff's Motion to Reverse or Remand (Doc. 24). The Court, having reviewed the motion and being otherwise fully advised, FINDS that the motion is well-taken and is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have until **April 30, 2023**, to file his Motion to Reverse or Remand, Defendant shall have until **May 30, 2023**, to file a Response, and Plaintiff shall have until **June 13, 2023**, to file a Reply.

                                                          _____
                                                          Kirtan Khalsa
                                                          United States Magistrate Judge

Respectfully SUBMITTED BY:

*/s/Benjamin Decker*
P.O. Box 92740
Albuquerque, NM 87199
P (505) 369-6272
F (505) 859-7713
ben@deckerlawoffice.com
*Attorneys for Plaintiff Walter Ryan Sallee*
*DG19-00100* *FDC0009*

APPROVED BY:

*/s/ by email 03/31/2023*
_____
Richard W. Pruett
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Region VIII
1961 Stout Street, Suite 4169
Denver, CO 80294
P (303) 844-7182
richard.pruett@ssa.gov